# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Stephen J Morgan　　　　　　　　　　**Case Number:** 10-40497　　　　**Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#62 Motion by Trustee Anne J. White to Approve Compromise Under Rule 9019
#70 Objection of Debtor

**OUTCOME:**

____Granted　____Denied　____Approved　____Sustained
____Denied　____Denied without prejudice　____Withdrawn in open court　____Overruled
____OSC enforced/released
____Continued to:_____ For:_____
____Formal order/stipulation to be submitted by:_____ Date due:_____
____Findings and conclusions dictated at close of hearing incorporated by reference
____Taken under advisement: Brief(s) due_____ From_____
　　　　　　　　　　　　　　 Response(s) due_____ From_____
____Fees allowed in the amount of: $_____ Expenses of: $_____
____No appearance/response by:_____
_62,70_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The Court overruled the debtor's objection and granted the Trustee's motion to compomise controversy pursuant to Rule 9019.

IT IS SO NOTED:　　　　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joan N. Feeney*　　Dated: 01/18/2011

Courtroom Deputy　　　　　　　　　　　　　Joan N. Feeney, U.S. Bankruptcy Judge