UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: Stephen J Morgan                                   Case Number: 10-40497                    Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#88 Amended (Re: [85] Motion filed by Debtor Stephen J Morgan to Reconsider (Re: [77] Order on Motion to Compromise)  with certificate of service filed by Debtor Stephen J Morgan)  with certificate of service (Kotoni, Gazion)

**OUTCOME:**

_____Granted  #88 Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
X____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The motion is denied for the reasons set forth in the Trustee's Objection.  Moreover, the Court finds that there was no fraud involved in the settlement simply because the Debtor's ex-spouse may not have been the direct source of the settlement amount which the Trustee has received.

IT IS SO NOTED:                                         IT IS SO ORDERED:

                                                        /s/ Joan N. Feeney
                                                                                Dated: 02/14/2011
Courtroom Deputy                                        Joan N. Feeney, U.S. Bankruptcy Judge