# UNITED STATES
# BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

IN RE: STEPHEN J. MORGAN              BANKRUPTCY CASE NO. 10-40497-JNF

APPELLANT: STEPHEN J. MORGAN          ADVERSARY NO. N/A

                                      BAP CASE NO. MB 11-019

## STATEMENT OF ISSUES ON APPEAL

**The Appellant hereby states the following issues on appeal:**

1) The Bankruptcy Court erred in granting the Trustee's Motion to Compromise on January 18, 2011.

2) The Bankruptcy Court erred in including the Appellant's $10,000.00 in personal property in the settlement agreement.

3) The Bankruptcy Court erred in including and releasing claims to the Appellant's ex-wife retirement assets which were exempt from the reach of the bankruptcy case.

4) The Bankruptcy Court erred in denying the Appellant's Motion to Reconsider on February 14, 2011.

5) The Bankruptcy Court erred in denying the Appellant's Amended Motion to Reconsider on Mach 2, 2011.


Dated: March 10, 2011                    Respectfully Submitted,

                                         /s/ Stephen J. Morgan
                                         Stephen J. Morgan
                                         P.O. Box 586
                                         Southborough, MA 01772
                                         Steve@theGreatHill.com
                                         Tel: 508-930-4096
                                         Fax: 508-630-1253


By His Special Counsel,                  Gazion Kotoni
                                         /s/ Gazion Kotoni
                                         BBO# 676327
                                         10 Bridge Street, Suite 203

Lowell, MA 01852
(857) 498 – 1809

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the STATEMENT OF ISSUES ON APPEAL was served via first class mail and/or ECF on the parties listed.

Dated: March 10, 2011

/s/ Gazion Kotoni
Gazion Kotoni

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Janice G. Marsh
janicemarsh1@gmail.com; jmarsh@ecf.epicsystems.com

Janice G. Marsh On Behalf of Interested Party Janice G. Marsh
jgm@townisp.com; jmarsh@ecf.epicsystems.com

Alex F. Mattera on behalf of Trustee Anne White
amattera@jdemeo.com

Paul J. Mulligan on behalf of Creditor American Eagle Federal Credit Union
bankruptcy@orlansmoran.com

Stephan M. Rodolakis on behalf of Creditor's People United Bank d/b/a Flagship Bank
srodolakis@ftwlaw.com; mfoss@ftwlaw.com; ftwbankruptcy@ftwlaw.com

Anne J. White
awhitetrustee@jdemeo.com; MA23@ecfcbis.com

Stephen J. Morgan
P.O. Box 586
Southborough, MA 01772